IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ANTONIO D. CARROTHERS                                                               PLAINTIFF

V.                                                              CAUSE NO.: 4:13CV102-SA-JMV

JONATHAN PHILLIPS                                                                   DEFENDANT

DEFAULT JUDGMENT

Plaintiff filed a complaint against the Defendant in this court on May 30, 2013. Phillips was served on July 8, 2013, but failed to answer pursuant to the Federal Rules of Civil Procedure. The Clerk of Court entered default against the Defendant on September 13, 2013, and Plaintiff filed a Motion for Default Judgment. A hearing to determine the damages owed was held this day, and the Court finds as follows:

Plaintiff has presented sufficient evidence of damages owed by Defendant Jonathan Phillips.

Accordingly, in conjunction with the oral ruling from the bench at the hearing, the default judgment [14] is GRANTED. Plaintiff put on sufficient proof of emotional distress and compensatory damages in the amount of $95,902.50, attorney's fees in the amount of $10,000, and costs in the amount of $983.50. Thus, Judgment is entered in favor of the Plaintiff in the total amount of $106,886.00 against Defendant Jonathan Phillips.

SO ORDERED, this the 29th day of October, 2014.

                                                **/s/ Sharion Aycock**
                                                **U.S. DISTRICT JUDGE**